# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

February 16, 2005

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Re:  MDL-1660 -- In re PharmaStem Therapeutics, Inc., Patent Litigation

(See Attached Schedule A of Order)

Dear Mr. Dalleo:

Enclosed is one certified and additional copies of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), which deals specifically with the transfer of files, is enclosed for your convenience. Also enclosed are a complete set of the Panel Rules and a copy of Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each action by your court, the caption and docket numbers of all actions originally filed in your district, and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, transfers under 28 U.S.C. §§ 1404(a) or 1406, and reassignments to other judges in your district, etc.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon a finding by the transferee judge that Section 1407 remand of a transferred action is appropriate, this office will promptly file conditional remand orders when appropriate notification is received from your court.

- 2 -

For your information, I am enclosing a copy of the Panel Attorney Service List.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca Carter
Mecca S. Carter
Deputy Clerk

Enclosures

cc: List of Recipients Attached

- 3 -

List of Recipients for
letter addressed to Peter T. Dalleo, Dated February 16, 2005
Re: MDL-1660

Enclosures include Chapter 7 of Volume 4 of the <u>Clerks Manual, U.S. District Courts</u>, Rule 1.6, R.P.J.P.M.L., transfer order, Panel Attorney Service List, and complete Panel <u>Rules</u> to

    Chief Judge, Transferee District: Judge Sue L. Robinson
    Transferee Judge: Judge Gregory M. Sleet

Enclosures include transfer order only to

    Clerk, Hearing District Court: Sheryl L. Loesch

Enclosures include transfer order and Rule 1.6, R.P.J.P.M.L., to

    Clerk(s), Transferor District Court(s): Michael E. Kunz
    Richard W. Wieking
    Sherri R. Carter
    Sheryl L. Loesch
    Tony Anastas


    Assigned Judge(s), Transferor District Court(s): Judge Robert F. Kelly
    Judge James S. Moody, Jr.
    Judge Gary L. Taylor
    Judge Jeffrey S. White
    Judge Rya W. Zobel

JPML Form 33

**NO POUCH NEEDED.**
See back for peel and stick application instructions.

# FedEx US Airbill Express

**1 From** Please print and press hard.

Date: 2-16-05
Sender's Name: Mecca S. Carter
Sender's FedEx Account Number: 1424-8211-8
Company: JUDICIAL PANEL ON MDL
Phone: (202) 502-2800
Address: 1 COLUMBUS CIR NE STE G255
Dept/Floor/Suite/Room:
City: WASHINGTON   State: DC   ZIP: 20002-8041

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.
OPTIONAL

**3 To**
Recipient's Name: Peter T. Dalleo
Phone: (302) 573-6170
Company: S. Caleb Boggs Federal Building
Address: Lockbox 18
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Address: 844 North King Street
Dept/Floor/Suite/Room:
To request a package be held at a specific FedEx location, print FedEx address here.
City: Wilmington   State: DE   ZIP: 19801-3570

FedEx Tracking Number: 8489 7627 6500

**4a Express Package Service**
- ☐ FedEx Priority Overnight
- ☒ FedEx Standard Overnight
- ☐ FedEx First Overnight
- ☐ FedEx 2Day
- ☐ FedEx Express Saver

**4b Express Freight Service**
- ☐ FedEx 1Day Freight
- ☐ FedEx 2Day Freight
- ☐ FedEx 3Day Freight

**5 Packaging**
- ☒ FedEx Envelope
- ☐ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling**
- ☐ SATURDAY Delivery
- ☐ HOLD Weekday at FedEx Location
- ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- ☐ No
- ☐ Yes As per attached Shipper's Declaration
- ☐ Yes Shipper's Declaration not required
- ☐ Dry Ice
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender Acct No. in Section 1 will be billed.
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

Total Packages | Total Weight | Total Declared Value
$ .00

**8 Sign to Authorize Delivery Without a Signature**

0289875562

466

Sender's Copy   G255