OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2005

Ms. Sherri R. Carter
Clerk, U.S. District Court
United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE:   **In Re Pharmastem Therapeutics Inc., Patent Litigation - MDL-1660**
CA 05cv152 GMS (D/DE)
CA 8:04-921 (CD/CA)

Dear Ms. Carter:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/ Monica Mosley
Monica Mosley
Deputy Clerk

Enc.
cc:   Michael Beck, Clerk of the Panel