OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2005

Mr. Richard W. Wieking
Clerk, U.S. District Court
United States District Court
Phillip Burton
 United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

RE:  **In Re Pharmastem Therapeutics Inc., Patent Litigation - MDL-1660**
CA 05cv153 GMS (D/DE)
CA 3:04-3072 (ND/CA)

Dear Mr. Wieking:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/ Monica Mosley
Monica Mosley
Deputy Clerk

Enc.
cc:  Michael Beck, Clerk of the Panel