OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2005

Ms. Sheryl L. Loesch
Clerk
United States District Court
300 George C. Young
 United States Courthouse
80 North Hughey Avenue
Orlando, FL 32801

RE:   **In Re Pharmastem Therapeutics Inc., Patent Litigation - MDL-1660**
      CA 05cv154 GMS (D/DE)
      CA 8:04-1740 (MD/FL)

Dear Ms. Loesch:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Monica Mosley
Deputy Clerk

Enc.
cc:  Michael Beck, Clerk of the Panel