OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2005

Mr. Tony Anastas
United States Court of Appeals
3700 John Joseph Moakley
 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

  RE: **In Re Pharmastem Therapeutics Inc., Patent Litigation - MDL-1660**
    CA 05cv155 GMS (D/DE)
    CA 1:04-11673 (D/MA)

Dear Mr. Anastas:

  In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

    Clerk, U.S. District Court
    Federal Building, Lockbox 18
    844 N. King Street
    Wilmington, DE 19801

  If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-6170.

      Sincerely,

      Peter T. Dalleo, Clerk

     By: *Monica Mosley* (signature)
      Monica Mosley
      Deputy Clerk

Enc.
cc: Michael Beck, Clerk of the Panel