OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2005

Mr. Michael E. Kunz
Clerk
United States District Court
2609 James A. Byrne
 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

      RE:   **In Re Pharmastem Therapeutics Inc., Patent Litigation - MDL-1660**
              CA 05cv156 GMS (D/DE)
              CA 2:04-3561 (ED/PA)

Dear Mr. Kunz:

    In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

        Clerk, U.S. District Court
        Federal Building, Lockbox 18
        844 N. King Street
        Wilmington, DE 19801

    If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-6170.

        Sincerely,

        Peter T. Dalleo, Clerk

        By: *Monica Mosley*
           Monica Mosley
           Deputy Clerk

Enc.
cc:  Michael Beck, Clerk of the Panel