

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE
### OFFICE OF THE CLERK

PETER T. DALLEO  
CLERK OF COURT

U.S. COURTHOUSE  
844 KING STREET, LOCKBOX 18  
WILMINGTON, DELAWARE 19801  
(302) 573-6170  
www.ded.uscourts.gov

March 24, 2005

TO:   Counsel of Record (See Attached)

RE:   IN RE PHARMASTEM THERAPEUTICS, INC., MDL 05-1660 GMS

Dear Counsel:

This is to advise you that a certified copy of the Multi-District Transfer Order was docketed in this court on February 17, 2005.

The following actions have been transferred to the District of Delaware:

Central District of California  
PharmaStem Therapeutics v. CureSource, Inc., et al., C.A. No. 8:04-921

Northern District of California  
PharmaStem Therapeutics, Inc. v. Cord Blood Registry, Inc., et al. C.A. No. 3:04-3072

Middle District of Florida  
PharmaStem Therapeutics, Inc. v. Cyro-Cell International, Inc., et al. C.A. No. 8:04-1740

District of Massachusetts  
PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al., C.A. No. 1:04-11673

Eastern District of Pennsylvania  
PharmaStem Therapeutics, Inc. v. CorCell, Inc., et al., C.A. No. 2:04-3561

Counsel of Record
March 24, 2005
Page Two

The name and address of the Judge to whom this case has been assigned in this court is:

    The Honorable Gregory M. Sleet
    United States District Judge
    District of Delaware
    844 King St., Lockbox 19
    Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are *not* members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

Additionally, a copy of the District of Delaware's Local Rules is available on our web site at: www.ded.uscourts.gov.

Any questions concerning the case management of this case should be directed to:

Marie McDavid
Case Manager to Judge Gregory M. Sleet
(302) 573-6651

Thank you.

                Sincerely,
                PETER T. DALLEO, CLERK

                */s/ Marie McDavid*
                Deputy Clerk

cc:    Honorable Gregory M. Sleet
       Counsel on Attached List

# Mailing Information for a Case 1:05-md-01660-GMS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey L. Moyer**
  moyer@rlf.com huyett@rlf.com

- **Samuel Brooks Shepherd**
  samshepherd@quinnemanuel.com

- **Dawn N. Zubrick**
  dzubrick@dilworthlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul J. Andre
Perkin Cole LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Michael J. Beck
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

Thomas F. Chaffin
Pillsbury Winthrop LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

James Rodgers
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market St.
Philadelphia, PA 19103-7595

Paul F. Ware
Goodwin Procter, LLP
53 State Street
Boston, MA 02109-2881
```



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC FILING REGISTRATION FORM**

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL)
CASES WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, shall register for ECF on a case-by-case basis. Submit an original signed registration form to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

**WEBSITE: WWW.DED.USCOURTS.GOV**

(Please Print or Type all information)

CASE CAPTION: _____ v. _____   DIST. OF DE MDL CA # _____

Internet E-Mail Address: _____

Last Name: _____   Generation: (e.g., Jr., Sr.) _____

First Name: _____   Middle Initial: _____

Firm's Name: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Do you have a PACER Account (required)?   ☐ Yes   ☐ No

Phone No.: _____   FAX No.: _____

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____   _____
Signature                Date

Submit completed registration form to:

Clerk
U.S. District Court for the District of Delaware
ATTN: ECF Registration
Room 4209, Lockbox 18
844 N. King Street
Wilmington, DE 19801

(302) 573-6170

<u>COURT USE ONLY</u>:   (ECF MDL Atty. Reg. Form - Rev. 3/05)

DATE REGISTRATION FORM RECEIVED: _____

USER ID: _____ PASSWORD: _____

DATE ISSUED: _____ BY: _____