# EXHIBIT 1

Matter Number:         050853  
Matter Description:    Pharmastem Therapeutics, Inc. v. Cord Blood  
Report Description: **Open Invoices**  [3/7/2005 2:51:14 PM]

Page 1

| | Type | Invoice | Date | Fees | Cost | Other | Total |
|---|---|---|---|---|---|---|---|
| 1 | BILL | 1066846 | 10/20/2004 | 59,175.00 | 78.95 | 0.00 | 59,253.95 |
| 2 | | | | | | | |
| 3 | BILL | 1068688 | 11/22/2004 | 27,576.00 | 8,889.98 | 0.00 | 36,465.98 |
| 4 | | | | | | | |
| 5 | BILL | 1071163 | 01/25/2005 | 171,800.00 | 13,314.71 | 0.00 | 185,114.71 |
| 6 | | | | | | | |
| 7 | BILL | 1071782 | 02/15/2005 | 44,364.50 | 10,249.09 | 0.00 | 54,613.59 |
| 8 | | | | | | | |
| 9 | GRAND TOTAL | | | 302,915.50 | 32,532.73 | 0.00 | 335,448.23 |