# EXHIBIT 2

## RECORD OF CONTACTS

1/21/05: Emailed Sam Shepherd to advise that client is past due and that note in file says Call before faxing. Requested permission to contact client. Per SBS, ok.

1/25/05: T/C Archibald Grabinski, his assistant answered and referred me to Ed Cup who is company financial officer. He is out for day but left message requesting status of payment.

1/26/05: Received a message from Edward Cup saying that he needed to talk to Archibald Grabinski about the outstanding amount because there were some issues associated with how payment would be made. Ed said that he would stay in touch with me and that he believed Mr. Grabinski was talking to our lawyers about this. He also said that he would try to get us some money.. Emailed SBS to advise of same and asked him if he is working with Mr. Grabinski and if not, could he find out what the issues are holding up payment? Also asked SBS if case is active. SBS advised case is active and he doesn't know what is holding up payment. Advised SBS I could let him know what Ed says when he calls back or he could follow up direct with Archibald Grabinsky. Per SBS, wait to hear back from Ed.

2/7/05: Emailed SBS, advised I never heard back from Ed. Requested SBS call the client and find out why he is not paying. Advised we now have January outstanding, another $185k. Total is $280, so this is urgent. Emailed SBS again to advise I also noticed they owe another $86k on matter 50860. Requested he not do any further work on this until we can secure payment. Advised I put another call into Ed today but there was no answer. SBS advised that he called last week and left a message and emailed--he doesn't know what the problem is--iwill keep trying to reach him

2/8/05: T/C Ed Cup, left message re: status. Received email from SBS to forward Ed's number and he would call. Advised he should call Archibald as he is the one who can get this paid and I will continue follow up with Ed. Per SBS, he keeps calling Archibald, but has found out that his wife has recently been diagnosed with cancer, and notes that this may be the reason why he isn't returning phone calls. SBS requests Ed Cups phone number.

2/9/05: KLB provides Ed Cup's contact information 440/286-6422 ext. 14. Per SBS, he left a message for the president of the company last night.

2/14/05: T/C Ed Cup. Mr. Cup advised that he was waiting for Archie to tell him when/what he could pay us and he had no idea when that would be. He was told that Archi was going to call Sam to discuss this and either try to set up a payment schedule or make alternative arrangements. I asked him what kind of alternative and he said that he thinks Archi may be trying to wait for a cross complaint to be filed so that they could ask for attorney fees to be paid. I explained to him that we have not received payment in months and we can not continue to work on a case that we are not going to be paid on. I expressed the urgency that Archi contact Sam to resolve this

immediately or we may be forced to withdraw. Ed said that he was going to call Archi who was working outside of the office most of the time and have him call SBS asap. Emailed SBS and ask him to call me to discuss.

2/15/05: Emailed SBS notifying him of discussion between Ed and I and advising I believed they did not intend to pay us based on my discussion with Ed. Requested he send letter advising we must obtain payment or will need to withdraw. Per SBS, will do.

2/20/05: Per SBS, they want to pay us in company stock; they are a blood storage and delivery co that is a pharmastem licensee; they have 3m authorized shares at 5bucks common stock; they anticipate going public in 2-3 years. SBS asked JBQ if he wanted to do this. JBQ advise he does not wish to accept this offer. Instructed SBS to withdraw.

2/23/05: NORTA drafted; to be reviewed by SBS and KLB