PROOF OF SERVICE

I, Linda Wu, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following document(s):

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S NOTICE OF MOTION TO WITHDRAW**

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO WITHDRAW**

**DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

**DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

I caused the above documents to be served on each person on the attached list by the following means:

[X]   I enclosed true and correct copies of said document(s) in an envelope and consigned it for collection and delivery via certified United States mail on March 24, 2005, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[]   I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on _____, 2005 for guaranteed delivery on _____ 2005 following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[]   I consigned true and correct copies of said documents for facsimile transmission on _____, 2005.
*(Indicated on the attached address list by an [F] next to the address.)*

[]   I enclosed true and correct copies of said documents in an envelope, and consigned it for hand delivery by messenger on _____, 2005.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

50720/29204.1

-1-
PROOF OF SERVICE

1    Executed on **March 24, 2005**  , at Redwood Shores, California.

2

3

_____
4    LINDA WU

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## SERVICE LIST

| Key: [M] Delivery by Certified Mail<br>     [F] Delivery by Facsimile | [FD] Delivery by Federal Express<br>[FM] Delivery by Facsimile and Mail | [H] Delivery by hand |
|---|---|---|
| [M]    Stembanc, Inc.<br>        100 Seventh Avenue<br>        Chardon, Ohio 44024<br>        (440) 286-6422<br>        (440) 286-7575 Fax | | Counter-defendant<br>STEMBANC, INC. |
| | | |

-3-

PROOF OF SERVICE

PROOF OF SERVICE

I, Linda Wu, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action.  My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following document(s):

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S NOTICE OF MOTION TO WITHDRAW**

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO WITHDRAW**

**DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

**DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

I caused the above documents to be served on each person on the attached list by the following means:

[X]    I enclosed true and correct copies of said document(s) in an envelope and consigned it for collection and delivery via certified United States mail on March 24, 2005,  following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[]    I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on _____, 2005 for guaranteed delivery on_____2005 following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[]    I consigned true and correct copies of said documents for facsimile transmission on _____, 2005.
*(Indicated on the attached address list by an [F] next to the address.)*

[]    I enclosed true and correct copies of said documents in an envelope, and consigned it for hand delivery by messenger on _____, 2005.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

-1-
PROOF OF SERVICE

1    Executed on **March 24, 2005**  , at Redwood Shores, California.

2

3
_____
4                                LINDA WU

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
PROOF OF SERVICE

SERVICE LIST

| Key: [M] Delivery by Certified Mail<br>[F] Delivery by Facsimile | [FD] Delivery by Federal Express<br>[FM] Delivery by Facsimile and Mail | [H] Delivery by hand |
|---|---|---|
| [M]  Archibald Grabinski<br>100 Seventh Avenue<br>Chardon, Ohio 44024<br>(440) 286-6422<br>(440) 286-7575 Fax | | Counter-defendant<br>ARCHIBALD GRABINSKY |
| | | |

-3-

PROOF OF SERVICE