1

PROOF OF SERVICE

2     I, Anna Huang, declare under penalty of perjury under the laws of The United States of
America that the following is true and correct:

3

4     I am employed in the City of Redwood Shores, County of San Mateo, State of California,
in the office of a member of the bar of this court, at whose direction the service was made.  I am
a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested

5     in the within-entitled action.  My business address is at the law firm QUINN EMANUEL
URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood

6     Shores, California 94065.

7     I caused to be served the following document(s):

8     **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP's MOTION
TO WITHDRAW**

9

10    **DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN
EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO
WITHDRAW**

11

12    **DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN
EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO
WITHDRAW**

13

14    I caused the above documents to be served on each person on the attached list by the
following means:

15    [] I enclosed true and correct copies of said document(s) in an envelope and consigned it for
collection and delivery via United States mail on _____, 2005,  following the ordinary

16    business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

17

18    [X] I enclosed true and correct copies of said documents in an envelope, and placed it for
collection and mailing via Federal Express on March 24, 2005 for guaranteed delivery on
March 25, 2005 following the ordinary business practice.

19    *(Indicated on the attached address list by an [FD] next to the address.)*

20    [] I consigned true and correct copies of said documents for facsimile transmission on _____,
2005.

21    *(Indicated on the attached address list by an [F] next to the address.)*

22    [] I enclosed true and correct copies of said documents in an envelope, and consigned it for
hand delivery by messenger on _____, 2005.

23    *(Indicated on the attached address list by an [H] next to the address.)*

24    I am readily familiar with my firm's practice for collection and processing of
correspondence for delivery in the manner indicated above, to wit, that correspondence will be

25    deposited for collection in the above-described manner this same day in the ordinary course of
business.

26

27

28

-1-

1    Executed on **March 24, 2005** , at Redwood Shores, California.

2

3

_____

ANNA HUANG

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50720/29194.1

PROOF OF SERVICE

1

2

3

SERVICE LIST

| Key: [M] Delivery by Certified Mail | [FD] Delivery by Federal Express | [H] Delivery by hand |
| [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

| [FD] | Paul J. Andre<br>Perkins Coie, LLP<br>101 Jefferson Drive<br>Menlo Park, California 94025<br>(650)838-4300 | Attorneys for:<br>PHARMASTEM THERAPEUTICS, INC.<br><br>NICHOLAS DIDIER |
| | | |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

## PROOF OF SERVICE

I, Anna Huang, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following document(s):

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP's MOTION TO WITHDRAW**

**DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

**DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

I caused the above documents to be served on each person on the attached list by the following means:

[]    I enclosed true and correct copies of said document(s) in an envelope and consigned it for collection and delivery via United States mail on _____, 2005, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[X]    I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on March 24, 2005 for guaranteed delivery on March 25, 2005 following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[]    I consigned true and correct copies of said documents for facsimile transmission on _____, 2005.
*(Indicated on the attached address list by an [F] next to the address.)*

[]    I enclosed true and correct copies of said documents in an envelope, and consigned it for hand delivery by messenger on _____, 2005.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

1      Executed on **March 24, 2005**, at Redwood Shores, California.

2

3

ANNA HUANG

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PROOF OF SERVICE

1
2
3

SERVICE LIST

| Key: [M] Delivery by Certified Mail [F] Delivery by Facsimile | [FD] Delivery by Federal Express [FM] Delivery by Facsimile and Mail | [H] Delivery by hand |
|---|---|---|
| [FD]  Thomas F. Chaffin<br>Pillsbury Winthrop, LLP<br>2475 Hanover Street<br>Palo Alto, California 94304<br>(650) 233-4500 | | Attorneys for:<br>SUTTER HEALTH INC.<br><br>ANDREW CASSIDENTI<br><br>ANITA YORK<br><br>ARTHUR GOLDSTEIN<br><br>BRUCE A. HAGADORN<br><br>CARLA WELLS<br><br>EUNICE U. LEE<br><br>MONICA ASZLERBAUM<br><br>RAJASREE T. SESHADRI<br><br>CORD BLOOD REGISTRY INC. |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

I, Anna Huang, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following document(s):

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO WITHDRAW**

**DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

**DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

I caused the above documents to be served on each person on the attached list by the following means:

[]     I enclosed true and correct copies of said document(s) in an envelope and consigned it for collection and delivery via United States mail on _____, 2005, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[]     I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on March 25, 2005 for guaranteed delivery on _____, 2005 following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[]     I consigned true and correct copies of said documents for facsimile transmission on _____, 2005.
*(Indicated on the attached address list by an [F] next to the address.)*

[X]     I electronically filed with the Clerk of Court using CM/ECF on March 24, 2005 which will send notification of such filing(s).
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

1     Executed on **March 24, 2005**  , at Redwood Shores, California.

2

3

4                                                                    ANNA HUANG

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -2-
                                   PROOF OF SERVICE

1

SERVICE LIST

| Key: [M] Delivery by Certified Mail<br>[F] Delivery by Facsimile | [FD] Delivery by Federal Express<br>[FM] Delivery by Facsimile and Mail | [EF] Electronic Filing Notification |
|---|---|---|
| [EF]  Dawn N. Zubrick<br>Dilworth Paxson, LLP<br>First Federal Plaza<br>Suite 500<br>Wilmington, Delaware 19801<br>(215) 575-7110 | | Attorneys for:<br>CRYO-CELL INTERNATIONAL, INC.<br><br>CORCELL, INC. |
| | | |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PROOF OF SERVICE

1

<u>PROOF OF SERVICE</u>

2      I, Anna Huang, declare under penalty of perjury under the laws of The United States of
America that the following is true and correct:

3

4      I am employed in the City of Redwood Shores, County of San Mateo, State of California,
in the office of a member of the bar of this court, at whose direction the service was made.  I am
a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested

5 in the within-entitled action.  My business address is at the law firm QUINN EMANUEL
URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood

6 Shores, California 94065.

7      I caused to be served the following document(s):

8 **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S OPENING
BRIEF IN SUPPORT OF ITS MOTION TO WITHDRAW**

9

10 **DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN
EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO
WITHDRAW**

11

12 **DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN
EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO
WITHDRAW**

13

14      I caused the above documents to be served on each person on the attached list by the
following means:

15 []      I enclosed true and correct copies of said document(s) in an envelope and consigned it for
collection and delivery via United States mail on _____, 2005,  following the ordinary

16       business practice.
         *(Indicated on the attached address list by an [M] next to the address.)*

17

18 []      I enclosed true and correct copies of said documents in an envelope, and placed it for
collection and mailing via Federal Express on March 25, 2005 for guaranteed delivery on

19       _____, 2005 following the ordinary business practice.
         *(Indicated on the attached address list by an [FD] next to the address.)*

20 []      I consigned true and correct copies of said documents for facsimile transmission on
         _____, 2005.

21       *(Indicated on the attached address list by an [F] next to the address.)*

22 [X]     I electronically filed with the Clerk of Court using CM/ECF on March 24, 2005 which
         will send notification of such filing(s).

23       *(Indicated on the attached address list by an [H] next to the address.)*

24      I am readily familiar with my firm's practice for collection and processing of
correspondence for delivery in the manner indicated above, to wit, that correspondence will be

25 deposited for collection in the above-described manner this same day in the ordinary course of
business.

26

27

28

-1-

PROOF OF SERVICE

Executed on **March 24, 2005**, at Redwood Shores, California.

_____
ANNA HUANG

-2-
PROOF OF SERVICE

1

SERVICE LIST

| Key: [M] Delivery by Certified Mail<br>[F] Delivery by Facsimile | [FD] Delivery by Federal Express<br>[FM] Delivery by Facsimile and Mail | [EF] Electronic Filing Notification |
|---|---|---|
| [EF]  Jeffrey L. Moyer<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, Delaware 19899<br>(302) 651-7700 | Attorneys for:<br>VIACELL, INC. | |
|  |  | |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

50720/29199.1

PROOF OF SERVICE

I, Anna Huang, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action.  My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following document(s):

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO WITHDRAW**

**DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

**DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

I caused the above documents to be served on each person on the attached list by the following means:

[X]    I enclosed true and correct copies of said document(s) in an envelope and consigned it for collection and delivery via United States mail on March 24, 2005,  following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[]    I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on March 25, 2005 for guaranteed delivery on March 28, 2005 following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[X]    I consigned true and correct copies of said documents for facsimile transmission on March 24, 2005.
*(Indicated on the attached address list by an [F] next to the address.)*

[]    I enclosed true and correct copies of said documents in an envelope, and consigned it for hand delivery by messenger on _____, 2005.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

50720/29476.1

-1-

PROOF OF SERVICE

1    Executed on **March 24, 2005**, at Redwood Shores, California.

2

3                                                         _____
                                                          ANNA HUANG
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50720/29476.1

1

SERVICE LIST

2

| Key: [M] Delivery by Certified Mail [F] Delivery by Facsimile | [FD] Delivery by Federal Express [FM] Delivery by Facsimile and Mail | [H] Delivery by hand |
|---|---|---|

3

4

| [FM]  James Rodgers<br>Dilworth Paxson, LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, Pennsylvania 19103<br>(215) 575-7000 | Attorneys for:<br>CORCELL, INC.<br><br>CRYO-CELL INTERNATIONAL, INC.<br><br>BRUCE ZAFRAN, M.D.<br><br>CARLO M. CROCE, M.D.<br><br>MOLLY MCBRIDE, M.D. |
|---|---|

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PROOF OF SERVICE

1
## PROOF OF SERVICE

2    I, Anna Huang, declare under penalty of perjury under the laws of The United States of

3    America that the following is true and correct:

     I am employed in the City of Redwood Shores, County of San Mateo, State of California,
4    in the office of a member of the bar of this court, at whose direction the service was made.  I am
     a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested
5    in the within-entitled action.  My business address is at the law firm QUINN EMANUEL
     URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood
6    Shores, California 94065.

7    I caused to be served the following document(s):

8    **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S OPENING
     BRIEF IN SUPPORT OF ITS MOTION TO WITHDRAW**
9
     **DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN
10   EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO
     WITHDRAW**
11
     **DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN
12   EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO
     WITHDRAW**
13
     I caused the above documents to be served on each person on the attached list by the
14   following means:

15   [X]    I enclosed true and correct copies of said document(s) in an envelope and consigned it for
            collection and delivery via United States mail on March 24, 2005,  following the ordinary
16          business practice.
            *(Indicated on the attached address list by an [M] next to the address.)*
17
     []     I enclosed true and correct copies of said documents in an envelope, and placed it for
18          collection and mailing via Federal Express on March 25, 2005 for guaranteed delivery on
            March 28, 2005 following the ordinary business practice.
19          *(Indicated on the attached address list by an [FD] next to the address.)*

20   [X]    I consigned true and correct copies of said documents for facsimile transmission on
            March 24, 2005.
21          *(Indicated on the attached address list by an [F] next to the address.)*

22   []     I enclosed true and correct copies of said documents in an envelope, and consigned it for
            hand delivery by messenger on _____, 2005.
23          *(Indicated on the attached address list by an [H] next to the address.)*

24   I am readily familiar with my firm's practice for collection and processing of
     correspondence for delivery in the manner indicated above, to wit, that correspondence will be
25   deposited for collection in the above-described manner this same day in the ordinary course of
     business.

26

27

28

50720/29198.1

1    Executed on **March 24, 2005**  , at Redwood Shores, California.

2

3                                                              ANNA HUANG

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50720/29198.1

PROOF OF SERVICE

1

SERVICE LIST

2

| Key: [M] Delivery by<br>Certified Mail<br>[F] Delivery by<br>Facsimile | [FD] Delivery by Federal Express<br>[FM] Delivery by Facsimile and<br>Mail | [H] Delivery by hand |
| --- | --- | --- |

3

4

| [FM]  Paul F. Ware<br>Goodwin Proctor, LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>(617) 570-1205<br>(617) 523-1231 Fax | Attorneys for:<br>CARITAS ST. ELIZABETH'S<br>MEDICAL CENTER OF BOSTON<br>INC.<br><br>FEMPARTNERS INC.<br><br>OBSTETRICAL &<br>GYNECOLOGICAL ASSOCIATES<br>P.A.<br><br>VIACELL, INC. |
| --- | --- |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PROOF OF SERVICE

<u>PROOF OF SERVICE</u>

I, Anna Huang, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following document(s):

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP's MOTION TO WITHDRAW**

**DECLARATION OF SAMUEL B. SHEPHERD IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

**DECLARATION OF KIMBERLY L. BUSCH IN SUPPORT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP'S MOTION TO WITHDRAW**

I caused the above documents to be served on each person on the attached list by the following means:

[X]     I enclosed true and correct copies of said document(s) in an envelope and consigned it for collection and delivery via United States mail on March 24, 2005, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[]      I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on March 25, 2005 for guaranteed delivery on March 28, 2005 following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[X]     I consigned true and correct copies of said documents for facsimile transmission on March 24, 2005.
*(Indicated on the attached address list by an [F] next to the address.)*

[]      I enclosed true and correct copies of said documents in an envelope, and consigned it for hand delivery by messenger on _____, 2005.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

1   Executed on **March 24, 2005**   , at Redwood Shores, California.

2

3
                                                    ANNA HUANG
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50720/29478.1

-2-
PROOF OF SERVICE

1
2
3

SERVICE LIST

| Key: [M] Delivery by Certified Mail<br>[F] Delivery by Facsimile | [FD] Delivery by Federal Express<br>[FM] Delivery by Facsimile and Mail | [H] Delivery by hand |
|---|---|---|
| [FM]  Michael J. Beck<br>Clerk, MDL Judicial Panel<br>One Columbus Way, N.E.<br>Room G-255, Federal Judiciary Building<br>Washington, DC 20002-8004 | | |
| | | |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
PROOF OF SERVICE