OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: 4/13/05

TO: Samuel Shepherd, Esq.

SUBJECT: Clerk's Office Screening - Notice to Counsel

RE: CA# 05-md-1660   CASE CAPTION: In Re Pharmastem

DOCUMENT TITLE: Mtn. to Withdraw as Counsel D.I. 6

As noted below, documents have been presented to the Clerk's Office in the above noted case which *do not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means or other local rules/practices. Please consider these requirements when presenting future documents. When applicable, corrected copies are requested.

### COURTESY COPY OF DOCUMENT FILED ELECTRONICALLY (ECF):

☐ Copy must be bound (e.g. Brief, App.)   ☐ Please provide bound copy.

☐ Copy must include the Notice of Electronic Filing (NEF) on the back, or have the Docket Item No. written on the top right hand corner of the first page.

☐ Cover letter not required for presentation of courtesy copy to the Clerk's Office.

☑ Other: Initial Mtn. was not filed -

### DOCUMENTS PRESENTED ON DISKETTE OR CD FOR FILING

☐ Exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit diskette/CD to the Clerk's Office for filing.

☐ Not in PDF format. Provide new disk/CD with documents saved in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

☐ Other: _____

If there are any questions concerning this matter, do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc: Assigned Judge (not docketed)

*Marie McDavid*
Deputy Clerk

ECF Notice of Screening (Rev. 4/05)