IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., PATENT LITIGATION | ) ) ) ) ) Civil Action No. 05-md-01660-GMS ) ) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk as Delaware counsel for defendants Cord Blood Registry, Inc., Sutter Health Inc., Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce Hagadorn, Eunice Lee, Rajasree T. Seshadri, Carla Wells, and Anita York in this action.

April 26, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com

OF COUNSEL:

William F. Abrams
Thomas F. Chaffin
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street
Palo Alto, CA 94303-1115
(650) 233-4554

585731v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 26, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19801

Dawn N. Zubrick, Esq.
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

Jeffrey L. Moyer, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by first class mail to the following non-registered participants:

Paul J. André, Esq.
Perkins Coie LLP
101 Jefferson Dr.
Menlo Park, CA 94025

Paul F. Ware, Esq.
Goodwin Procter, LLP
53 State Street
Boston, MA 02109-2881

James Rodgers, Esq.
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

Samuel Brooks Shepard, Esq.
Quinn Emanual Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065

/s/ Richard D. Kirk (rk0922)

585734v1