IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PHARMASTEM THERAPEUTICS, INC. | ) ) Civil Action No. 05-md-1660 ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Paul F. Ware, Jr. P.C., John C. Englander, Christopher T. Holding, Nicholas K. Motrokostas, and Elaine Herrmann Blais of Goodwin Procter LP to represent defendant ViaCell, Inc. in this matter.

Signed: _____
Jeffrey L. Moyer (#3309)
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
moyer@rlf.com
schwartz@rlf.com
Attorneys for Defendant ViaCell, Inc.

Dated: June 17, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: /s/ Paul Ware    Date: 6/15/05

Paul F. Ware Jr., P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____        Date: 6/14/05
John C. Englander
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Elaine Herrmann Blais*  Date: *June 7, 2005*
Elaine Herrmann Blais
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____    Date: 6/14/05
Christopher T. Holding
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____   Date: 6/14/05
Nicholas K. Mitrokostas
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**HAND DELIVER**
Philip A. Rovner
Potter, Anderson & Corroon
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801

Dawn N. Zubrick
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE  19899

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19899

I hereby certify that on June 17, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

**BY FEDERAL EXPRESS**
James J. Rodgers
Evelyn H. McConathy
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Duane H. Mathiowetz
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834

William F. Abrams
Chang H. Kim
Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA  94304-1115

Paul J. Andre
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive, Suite 150
Redwood Shores, CA  94065

Alyssa M. Schwartz (#4351)

RLF1-2889210-1