IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: PHARMASTEM THERAPEUTICS, )
INC. )
) Civil Action No. 05-md-1660
)
)

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Alyssa M. Schwartz and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendant ViaCell, Inc.

OF COUNSEL:

Paul F. Ware Jr., P.C.
John C. Englander
Christopher T. Holding
Elaine Herrmann Blais
Nicholas K. Motrokostas
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

/s/ Alyssa M. Schwartz
Jeffrey L. Moyer (#3309)
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger
920 North King Street
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com
   Attorneys for defendant ViaCell, Inc.

Dated: June 17, 2005

RLF1-2881343-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**HAND DELIVER**
Philip A. Rovner
Potter, Anderson & Corroon
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Dawn N. Zubrick
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19899

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

I hereby certify that on June 17, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

**BY FEDERAL EXPRESS**
James J. Rodgers
Evelyn H. McConathy
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Duane H. Mathiowetz
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834

William F. Abrams
Chang H. Kim
Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304-1115

Paul J. Andre
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive, Suite 150
Redwood Shores, CA 94065

Alyssa M. Schwartz (#4351)

RLF1-2889210-1