IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: PHARMASTEM THERAPEUTICS, INC., )
                                        )      Civil Action No. 05-md-1660-GMS
                                        )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of Paul J. Andre, Esq., Lisa Kobialka, Esq. and Radhika

Tandon, Esq., Perkins Coie, LLP, 101 Jefferson Drive, Menlo Park, CA 94025 to

represent Plaintiff PharmaStem Therapeutics, Inc. and Counter-Defendant Nicholas

Didier in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
           Philip A. Rovner (#3215)
           Hercules Plaza
           P.O. Box 951

Dated: June 22, 2005           Wilmington, DE 19899
687636                          (302) 984-6000
           E-mail: provner@potteranderson.com

           Attorneys for Plaintiff
           PharmaStem Therapeutics, Inc.
           and Counter-Defendant Nicholas Didier

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is

granted.

Date: _____          _____
                          United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO
### HAC VICE

Pursuant to Local Rule 83 5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83 6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 00

      ☒ has been paid to the Clerk of the Court; or

      ☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date:  June 18, 2005

                        Paul J. Andre
                        Perkins Coie LLP
                        101 Jefferson Drive
                        Menlo Park, CA  94025
                        (650) 838-4300

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court; or

☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date:   June 17, 2005

Lisa Kobialka
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court; or

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  June 17 2005

Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025
(650) 838-4300

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on June 22, 2005, the within document was filed with the

Clerk of Court using CM/ECF which will send notification of such filing to the following;

that the document was served on the following counsel as indicated; and that the document is

available for viewing and downloading from CM/ECF.

| BY HAND DELIVERY | BY FEDERAL EXPRESS |
|---|---|
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Thomas F. Chaffin, Esq.<br>Pillsbury Winthrop LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| Dawn N. Zubrick, Esq.<br>Dilworth Paxson LLP<br>First Federal Plaza<br>Suite 500<br>Wilmington, DE 19801 | James J. Rodgers, Esq.<br>Dilworth Paxson, LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595 |
| Jeffrey L. Moyer, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Paul F. Ware, Esq.<br>Goodwin Procter, LLP<br>53 State Street<br>Boston, MA 02109-2881 |

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com