## SCHEDULE - A

MDL No. 05-1660 GMS - In re PharmaStem Therapeutics, Inc.

**District of Delaware**

*Viacell, Inc., et al. V. Pharmastem Therapeutics, Inc.*, Civil Action No. 1:04-1335

**Central District of California - 05-152 GMS**

*PharmaStem Therapeutics v. CureSource, Inc., et al.,* Civil Action No. 8:04-921

**Northern District of California - 05-153 GMS**

*PharmaStem Therapeutics, Inc. v. Cord Blood Registry, Inc.,* Civil Action No. 3:04-3072

**Middle District of Florida - 05-154 GMS**

*PharmaStem Therapeutics, Inc. v. Cryo-Cell Int'l., et al.,* Civil Action No. 8:04-1740

**District of Massachusetts - 05-155 GMS**

*PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.,* Civil Action No. 1:04-11673

**Eastern District of Pennsylvania - 05-156 GMS**

*PharmaStem Therapeutics, Inc. v. CorCell, Inc., et al.,* Civil Action No. 2:04-3561