# Mailing Information for a Case 1:05-md-01660-GMS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Paul J. Andre**
  pandre@perkinscoie.com

- **Richard D. Kirk**
  bankserve@bayardfirm.com rkirk@bayardfirm.com

- **Jeffrey L. Moyer**
  moyer@rlf.com huyett@rlf.com

- **Philip A. Rovner**
  provner@potteranderson.com mstackel@potteranderson.com;nmcmenamin@potteranderson.com

- **Alyssa M. Schwartz**
  schwartz@rlf.com

- **Dawn N. Zubrick**
  dzubrick@dilworthlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael J. Beck
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

Thomas F. Chaffin
Pillsbury Winthrop LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

James Rodgers
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market St.
Philadelphia, PA 19103-7595

Paul F. Ware
Goodwin Procter, LLP
53 State Street
Boston, MA 02109-2881
```