IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>PHARMASTEM THERAPEUTICS, INC.<br>PATENT LITIGATION | MDL Docket No. 05-md-1660 GMS<br>Judge Gregory M. Sleet |
| This filing relates to:<br>Viacell, Inc. et al.<br>v.<br>Pharmastem Therapeutics, Inc. | Civil Action No. 1:04-1335 |
| PharmaStem Therapeutics, Inc.<br>v.<br>ViaCell, Inc. et al. | 05-154 GMS |
| PharmaStem Therapeutics, Inc.<br>v.<br>CorCell, Inc., et al. | 05-156 GMS |

## NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE CLERK OF THE COURT:**

Kindly withdraw my appearance on behalf of Cryo-Cell International, CorCell, Inc., Bruce Zafran, Molly McBride and Carlo Croce in the above-referenced actions.

Dawn N. Zubrick
Identification No. 4327
DILWORTH PAXSON LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance on behalf of Cryo-Cell International, CorCell, Inc., Bruce Zafran, Molly McBride and Carlo Croce in the above-referenced actions.

Peter C. Hughes
Identification No. 4180
DILWORTH PAXSON LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899

613953_1

## CERTIFICATE OF SERVICE

I, Kathleen M. Rodgers, do hereby certify that on this 8th day of August, 2005, I served a copy of the Notice of Substitution of Counsel on counsel of record by first class mail, postage prepaid as follows:

Jeffrey L. Moyer
Alyssa M. Schwartz
Richards, Layton & Finger, P.A.
One Rodney Square
Post Office Box 551
Wilmington, DE 19899

Philip A. Rovner
Potter, Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

William F. Abrams
Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304-1115

Paul F. Ware Jr., P.C.
John C. Englander
Goodwin Procter LLP
Exchange Place
Boston, MA

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025

/s/ Kathleen M. Rodgers
Kathleen M. Rodgers

613953_1