IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| PHARMASTEM THERAPEUTICS, INC. PATENT LITIGATION | ) ) ) ) | MDL Docket No. 05-md-1660 GMS JUDGE GREGORY M. SLEET |

**NOTICE OF CONTINUANCE OF CONFERENCE**

     IT IS HEREBY ORDERED that the Initial Conference regarding the above-captioned multi-district litigation, scheduled for Thursday, October 6, 2005, at 10:00 a.m. is hereby continued. An Order setting forth the reasons for the continuance will be issued in due course.

Dated: October 4, 2005         /s/ Gregory M. Sleet
                                                    UNITED STATES DISTRICT JUDGE