# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

May 22, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **In re PharmaStem Therapeutics, Inc. Patent Litigation,
MDL Docket No. 05-md-1660 (GMS)**

Dear Judge Sleet:

    Pursuant to Your Honor's Order of October 6, 2005, we write to notify the Court that the PTO has issued its reexamination decisions regarding PharmaStem's patents. As of today's date, however, the Federal Circuit has *not* yet issued its ruling in the appeal of *PharmaStem Therapeutics, Inc. v. ViaCell, Inc. et al.*, Civil Action No. 02-148 (GMS). We will inform the Court as soon as the Federal Circuit issues that ruling

Respectfully,

Jeffrey L. Moyer (#3309)

JLM./th
cc:    Clerk, U.S.D.C.    (by e-filing)
        Philip A. Rovner, Esq.  (by e-filing and hand delivery)
        Paul J. Andre, Esq.    (by Federal Express)
        Richard D. Kirk, Esq.  (by e-filing and hand delivery)
        Thomas F. Chaffin, Esq. (by Federal Express)
        Peter C. Hughes, Esq.  (by e-filing and hand delivery)
        James J. Rodgers, Esq.  (by Federal Express)

RLF1-3154726-1