# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

July 31, 2007

**VIA E-FILING**

Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

    Re:    *In re PharmaStem Therapeutics, Inc. Patent Litigation,*
            **MDL Docket No. 05-md-1660 (GMS)**

Dear Chief Judge Sleet:

    Pursuant to this Court's Order of October 6, 2005, we write to notify the Court that the United States Patent and Trademark Office once again has ordered the reexamination of PharmaStem's patents. We will inform the Court when a final decision has been reached in each of those reexamination proceedings.

Respectfully submitted,

Jeffrey L. Moyer (#3309)

JLM/th
cc:    Clerk, U.S.D.C.    (by e-filing)
       Philip A. Rovner, Esq.    (by e-filing and hand delivery)
       Paul J. Andre, Esq.    (by Federal Express)
       Richard D. Kirk, Esq.    (by e-filing and hand delivery)
       Thomas F. Chaffin, Esq. (by Federal Express)
       Peter C. Hughes, Esq.    (by e-filing and hand delivery)
       James J. Rodgers, Esq.    (by Federal Express)

RLF1-3176151-1