**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

March 24, 2008

**VIA E-FILING**

Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

    *Re:*   *In re PharmaStem Therapeutics, Inc. Patent Litigation,*
           **MDL Docket No. 05-md-1660 (GMS)**

Dear Chief Judge Sleet:

    Pursuant to this Court's Order of October 6, 2005, we write to notify the Court that on March 17, 2008, the United States Supreme Court denied PharmaStem's petition for a writ of certiorari from the Federal Circuit Court of Appeals' decision in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc. et al.*, C.A. No. 02-148 (GMS). As the Court has previously been informed, PharmaStem's patents remain under reexamination by the United States Patent and Trademark Office ("PTO"). To date, the PTO has rejected all pending claims of United States Patent Nos. 5,004,681; 6,461,645; and 6,569,427. We will inform the Court when final decisions have been reached in the reexamination proceedings.

Respectfully,

Jeffrey L. Moyer (#3309)

JLM./kmm
cc:    Clerk, U.S.D.C.      (by e-filing)
        Philip A. Rovner, Esq.  (by e-filing and hand delivery)

RLF1-3265382-1

The Honorable Gregory M. Sleet
March 24, 2008
Page 2

    Paul J. Andre, Esq.    (by Federal Express)
    Richard D. Kirk, Esq.    (by e-filing and hand delivery)
    Thomas F. Chaffin, Esq.(by Federal Express)
    Peter C. Hughes, Esq.    (by e-filing and hand delivery)
    James J. Rodgers, Esq.    (by Federal Express)

RLF1-3265382-1